**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMELL R. JACKSON,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:25-cv-58** |
| | ) | |
| **SUPERINTENDENT THOMAS,** | ) | |
| ***et al.,*** | ) | |
| | ) | |
| **Respondents.** | ) | |

## MEMORANDUM ORDER

On March 4, 2025, Petitioner Jamell R. Jackson ("Jackson") commenced this civil action in which he seeks a writ of habeas corpus pursuant to 28 U.S.C. §2254. ECF Nos. 1, 6. Following a jury trial in the Erie County Court of Common Pleas, Jackson was convicted of aggravated assault with a deadly weapon, unlawful possession of a firearm, possessing an instrument of crime, and related offenses arising from a 2018 shooting. In his §2254 petition, Jackson challenged the validity of his conviction and sentence based on alleged violations of the Confrontation Clause and the alleged ineffective assistance of his trial counsel.

On January 5, 2026, Respondents filed a motion to dismiss the petition, arguing that Petitioner had failed to exhaust his state court remedies, that the petition is untimely, and that the claims at issue lack merit. ECF No. 9. Petitioner's response to the motion was originally due on February 11, 2026, but that date was later extended to June 5, 2026. ECF Nos. 10, 21. To date, no response has been received.

The matter has been referred to Chief United States Magistrate Judge Richard A. Lanzillo for a report and recommendation ("R&R") in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Civil Rule 72. On August 17, 2026, Judge Lanzillo issued an R&R

in which he recommends that the Respondents' motion to dismiss be granted, the petition be denied, and that no certificate of appealability issue. Alternatively, Judge Lanzillo recommends that the petition be dismissed for failure to prosecute.

Petitioner's objections to the Report and Recommendation were due to be filed no later than September 3, 2026. To date, no objections have been received.

After *de novo* review of the petition and documents in the case, including the Respondents' motion and the Chief Magistrate Judge's Report and Recommendation, the following order is entered:

NOW, this 14th day of September, 2026, IT IS ORDERED that the Respondents' Motion to Dismiss the instant petition, ECF No. [9], is GRANTED. Accordingly, the Petition shall be, and hereby is, DISMISSED, inasmuch as it is untimely and fails to state a meritorious claim for relief.

IT IS FURTHER ORDERED that no certificate of appealability shall issue in this case, as reasonable jurists would not debate the Court's conclusions that the within petition is untimely and procedurally barred, and that Petitioner has failed to make a substantial showing of the denial of a constitutional right.

FINALLY, IT IS ORDERED that the Report and Recommendation of Chief Magistrate Judge Lanzillo, issued on August 17, 2026, ECF No. [22], is adopted as the opinion of this Court.

As there are no further matters pending before the Court relative to the instant petition, the Clerk is directed to mark this case "CLOSED."

Susan Paradise Baxter

SUSAN PARADISE BAXTER
United States District Judge